UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cindy Stanley</u>

        v.                            Case No. 02-cv-601-PB

<u>JoAnn Barnhart, Commissioner</u>
<u>Social Security Administration</u>

<u>O R D E R</u>

     Judgment for the plaintiff shall be entered in accordance with the decision of the Administrative Law Judge dated January 16, 2004.

     SO ORDERED.

October 19, 2005
                                        <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

cc:    Raymond Kelly, Esq.
        David Broderick, Esq.